THOMAS J. MALLON, ESQ.
Attorney-at-Law
86 Court Street
Freehold, NJ 07728
(732) 780-0230
Attorney for Plaintiff Kiara Williams

| | |
|---|---|
| **KIARA WILLIAMS,** | UNITED STATES DISTRICT COURT<br>DISTRICT COURT OF NEW JERSEY<br>TRENTON |
| Plaintiff | |
| vs. | Civil Action No.: 22-01614 (FLW-RLS) |
| **JACKSON TOWNSHIP;**<br>**MATTHEW D. KUNZ,** Chief of Police;<br>**JOHN DOES 6-10** (fictitious individuals),<br>Personnel of the Jackson Township Police<br>Department in supervisory capacities;<br>**BRIAN BARANYAY** and **JOHN DOES 1-5,**<br>members of the Jackson Township<br>Police Department, | **CONSENT ORDER** |
| Defendants. | |

**THIS MATTER** having come before the Court upon the application of Thomas J. Mallon, Esquire, on behalf of Plaintiff Kiara Williams to amend her Complaint adding Ernest Thomason; Ryan Gladysz; Alexander Crinnian; Douglas Thompson; Phillip Minnisale; Kate Mabey; Andrew Brodzinski; Kevin Kleinkecht; Michael Basso; Theodore Kucowski, and Michael Goetz. as Defendants; and Defendants having consented to the amendment; and the Court having reviewed the matter and for good cause having been shown;

**IT IS HEREBY ORDERED** that Plaintiff be granted leave to amend her Complaint adding Ernest Thomason; Ryan Gladysz; Alexander Crinnian; Douglas Thompson; Phillip Minnisale; Kate Mabey; Andrew Brodzinski; Kevin Kleinkecht; Michael Basso; Theodore Kucowski, and Michael

Goetz as Defendants.

DATE: October 14, 2022

_____
RUKSANAH L. SINGH, U.S.M.J.