**DASTI, MURPHY, McGUCKIN, ULAKY & CONNORS**
620 West Lacey Road
Forked River, New Jersey 08731
(609) 971-1010  FAX (609) 971-7093
Thomas E. Monahan, Esq., ID#009351976
Attorneys for **Defendants, Jackson Township, Matthew D. Kunz, Chief of Police, and Brian Baranyay, Ernest Thomason, Ryan Gladysz, Alexander Crinnian, Douglas Thompson; Phillip Minnisale; Kate Mabey; Andrew Brodzinski; Kevin Kleinecht; Michael Basso; Theodore Kucowski; and Michael Goetz**

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| KIARA WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JACKSON TOWNSHIP;<br>MATTHEW D. KUNZ, Chief of Police;<br>JOHN DOES 6-10 (fictitious individuals), Personnel of the Jackson Township Police Department in supervisory capacities;<br>BRIAN BARANYAY; ERNEST THOMASON; RAYN GLADYSZ; ALEXANDER CRINNIAN; DOUGLAS THOMPSON; PHILLIP MINNISALE; KATE MABEY; ANDREW BRODZINSKI; KEVIN KLEINKECHT; MICHAEL BASSO; THEODORE KUCOWSKI; MICHAEL GOETZ; AND JOHN DOES 1-5, members of the Jackson Township Police Department,<br><br>　　　　　　Defendants. | CIVIL ACTION NO.: 3:22-cv-01614<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

DASTI, MURPHY, McGUCKIN, ULAKY & CONNORS
COUNSELLORS AT LAW
620 WEST LACEY ROAD
FORKED RIVER, N.J. 08731

　　　　It is hereby stipulated and agreed by the attorneys for the respective parties hereto, that the above captioned action is hereby dismissed with prejudice and without costs as to all Defendants.

1

DASTI, MURPHY, McGUCKIN, et al.
Attorney for **Defendant(s)**

_____
THOMAS E. MONAHAN
For the Firm

MALLON & TRANGER
Attorney for **Plaintiff(s)**

_____
THOMAS J. MALLON
For the Firm

Dated: March 29, 2023

**So Ordered this 31st day of March, 2023.**

_____
**Honorable Michael A. Shipp, U.S.D.J.**

DASTI, MURPHY,
McGUCKIN, ULAKY
& CONNORS

COUNSELLORS AT LAW

620 WEST LACEY ROAD
FORKED RIVER, N.J. 08731

2